TROUTMAN SANDERS LLP
Gabriel Ozel, Bar No. 269098
gabriel.ozel@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile: 858-509-6040

Attorneys for
CONSOLIDATED EDISON DEVELOPMENT,
INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088-DM<br><br>(Joint Administration Pending)<br><br>Chapter Number: 11<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR CONSOLIDATED EDISON DEVELOPMENT, INC.; AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned proceedings as counsel to Consolidated Edison Development, Inc. ("ConEdison"), and request, pursuant Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 102(1) and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the above-captioned proceedings, and all papers served or required to be served in connection therewith, be given and served upon:

TROUTMAN SANDERS LLP
Gabriel Ozel, Bar No. 269098
gabriel.ozel@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile: 858-509-6040

Attorneys for
CONSOLIDATED EDISON
DEVELOPMENT, INC.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in these proceedings whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over ConEdison. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of ConEdison's substantive or procedural rights, including without limitation: (i) ConEdison's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) ConEdison's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) ConEdison's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, all of which ConEdison expressly reserves.

| | | |
|---|---|---|
| Dated: January 31, 2019 | | TROUTMAN SANDERS LLP |

By: */s/ Gabriel Ozel*
Gabriel Ozel

Attorneys for
CONSOLIDATED EDISON
DEVELOPMENT, INC.

NOTICE OF APPEARANCE OF COUNSEL
FOR CONSOLIDATED EDISON DEVELOP., - 3 - CASE NO. 19-30088-DM
INC.; REQUEST FOR SPECIAL NOTICE

Case: 19-03003    Doc# 14    Filed: 01/31/19    Entered: 01/31/19 12:04:59    Page 3 of 3