SHEARMAN & STERLING LLP
C. Luckey McDowell (admitted *pro hac vice*)
1100 Louisiana
Suite 3300
Houston, Texas 77002
Tel: (713) 354-4875
Email: Luckey.McDowell@Shearman.com

SHEARMAN & STERLING LLP
Daniel Laguardia (CA Bar No. 314654)
535 Mission Street
25th Floor
San Francisco, CA 94105
Tel: (415) 616-1114
Email: Daniel.Laguardia@Shearman.com

*Counsel for Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holdings LLC, NRG Energy, Inc., and TerraForm Power, Inc.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088-DM (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered) |
| PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Defendant | **NOTICE OF APPEAL AND STATEMENT OF ELECTION**<br><br>Adv. Proc. No. 19-03003 |

NOTICE IS HEREBY GIVEN that appellants-intervenors Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holdings LLC, NRG Energy, Inc., and TerraForm Power, Inc.(collectively, the "PPA Counterparties") appeal to the United States Court of Appeals for the Ninth Circuit under 28 U.S.C. § 158(d)(2)(A) from (i) the *Declaratory Judgment* [Adv. Proc. Docket No. 154] (the "Original Judgment") and the *Memorandum Decision on Action for Declaratory and Injunctive Relief* [Adv. Proc. Docket No. 153] (the "Decision"), each entered on June 7, 2019 and (ii) the *Amended Declaratory Judgment* [Adv. Pro. No. 155] entered on June 12, 2019 (the "Amended Judgment" and, together with the Original Judgment, the "Judgment").

As set forth in the *Memorandum Regarding Certification For Direct Appeal to Court of Appeals* [Adv. Proc. Docket No. 156], entered on June 12, 2019, this Court has certified a direct appeal of the Judgment and Decision to the Court of Appeals for the Ninth Circuit. The PPA Counterparties submit that there are bases under 28 U.S.C. § 158(d) for direct certification to the Ninth Circuit. If permission to appeal is denied by the Ninth Circuit, pursuant to 28 U.S.C. § 158(c)(1), the PPA Counterparties elect to have the appeal heard by the District Court rather than by the Bankruptcy Appellate Panel for the Ninth Circuit.

The parties to the Judgment appealed from and the names and addresses of their respective attorneys are as follows:

| Party | Attorney |
|---|---|
| **APPELLANTS-INTERVENORS**<br><br>Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holdings LLC, NRG Energy, Inc., and TerraForm Power, Inc. | SHEARMAN & STERLING LLP<br>C. Luckey McDowell<br>1100 Louisiana<br>Suite 3300<br>Houston, Texas 77002<br><br>SHEARMAN & STERLING LLP<br>Daniel Laguardia<br>535 Mission Street<br>25th Floor<br>San Francisco, CA 94105 |

| Party | Attorney |
|---|---|
| **APPELLEES**<br><br>PG&E Corporation and Pacific Gas and Electric Company, *as debtors and debtors in possession* | WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin<br>Jessica Liou<br>Theodore Tsekerides<br>Matthew Goren<br>767 Fifth Avenue<br>New York, NY 10153-0119<br><br>KELLER & BENVENUTTI LLP<br>Tobias S. Keller<br>Jane Kim<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 |
| **DEFENDANT**<br><br>Federal Energy Regulatory Commission | U.S. DEPARTMENT OF JUSTICE<br>Shane Huang<br>Danielle A. Pham<br>Marc S. Sacks<br>Matthew Troy<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 |
| **INTERVENORS**<br><br>NextEra Energy, Inc. and NextEra Energy Partners, L.P. | KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>Kenneth N. Klee<br>David M. Stern<br>Samuel M. Kidder<br>1999 Avenue of the Stars, Thirty-Ninth Floor<br>Los Angeles, California 90067<br><br>NORTON ROSE FULBRIGHT US LLP<br>Howard Seife<br>Christy Rivera<br>Andrew Rosenblatt<br>1301 Avenue of the Americas<br>New York, New York 10019 |

| Party | Attorney |
|---|---|
| **INTERVENORS**<br><br>Calpine Corporation | KIRKLAND & ELLIS LLP<br>Mark McKane, P.C.<br>Michael P. Esser<br>555 California Street<br>San Francisco, California 94104<br><br>KIRKLAND & ELLIS LLP<br>David R. Seligman, P.C.<br>300 North LaSalle Street<br>Chicago, Illinois 60654 |
| **INTERVENOR**<br><br>Diablo Winds, LLC | HOLLAND & HART LLP<br>Risa Lynn Wolf-Smith<br>555 17th Street, Suite 3200<br>Denver, Colorado 80202<br>Telephone: 303-295-8011 |
| **INTERVENORS**<br><br>Exelon Corporation and AV Solar Ranch 1, LLC | MORGAN, LEWIS & BOCKIUS LLP<br>Richard W. Esterkin<br>300 South Grand Avenue, Floor 22<br>Los Angeles, California 90071-3132<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Edwin E. Smith<br>One Federal Street<br>Boston, Massachusetts 02110-1726 |
| **INTERVENOR**<br><br>Topaz Solar Farms LLC | GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey C. Krause<br>Michael A. Rosenthal<br>Alan Moskowitz<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197 |
| **INTERVENOR**<br><br>Southern Power Company, on Behalf of Itself and Certain of Its Affiliates | TROUTMAN SANDERS LLP<br>Gabriel Ozel<br>11682 El Camino Real, Suite 400<br>San Diego, California 92130-2092<br><br>TROUTMAN SANDERS LLP<br>Harris B. Winsberg<br>Matthew G. RobertsBank of America Plaza<br>600 Peachtree Street NE, Suite 3000<br>Atlanta, Georgia 30308-2216 |

| Party | Attorney |
|---|---|
| **INTERVENOR**<br><br>EDF Renewables, Inc. | Joshua Pearson<br>VP Legal and Associate General Counsel<br>EDF RENEWABLES, INC.<br>15445 Innovation Dr.<br>San Diego, California 92128 |
| **INTERVENOR**<br><br>Consolidated Edison Development, Inc. | TROUTMAN SANDERS LLP<br>Hugh M. McDonald<br>Jonathan Forstot<br>875 Third Avenue<br>New York, NY 10022<br><br>TROUTMAN SANDERS LLP<br>Gabriel Ozel<br>11682 El Camino Real, Suite 400<br>San Diego, CA 92130-2092 |
| **INTERVENORS**<br><br>Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | LATHAM & WATKINS LLP<br>Christopher Harris<br>Andrew M. Parlen<br>885 Third Avenue<br>New York, New York 10022-4834<br><br>LATHAM & WATKINS LLP<br>Amy C. Quartarolo<br>355 S. Grand Avenue, Suite 100<br>Los Angeles, California 90071-1560 |
| **INTERVENORS**<br><br>Vantage Wind Energy LLC and KES Kingsburg, L.P. | CROWELL & MORING LLP<br>Thomas F. Koegel<br>Rebecca M. Suarez<br>3 Embarcadero Center, 26th Floor<br>San Francisco, California 94111 |
| **INTERVENORS**<br><br>First Solar Inc. and Willow Springs Solar 3, LLC<br><br>Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Amy S. Park<br>525 University Avenue<br>Palo Alto, California 94301<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>J. Eric Ivester<br>Four Times Square<br>New York, New York 10036-6522 |

| Party | Attorney |
|---|---|
| **INTERVENORS**<br><br>Enel Green Power North America, Inc., FTP Power LLC, and Capital Dynamics, Inc. | STOEL RIVES LLP<br>David B. Levant<br>Gabrielle Glemann<br>600 University Street, Suite 3600<br>Seattle, WA 98101 |

[*SIGNATURE PAGE FOLLOWS*]

| | | |
|---|---|---|
| Dated: June 14, 2019 | | SHEARMAN & STERLING LLP |
| | | By: /s/ *C. Luckey McDowell*<br>C. Luckey McDowell (admitted *pro hac vice*)<br>1100 Louisiana<br>Suite 3300<br>Houston, Texas 77002<br>Tel: (713) 354-4875<br>Email: Luckey.McDowell@Shearman.com |
| | | -and- |
| | | SHEARMAN & STERLING LLP<br>Daniel Laguardia (CA Bar No. 314654)<br>535 Mission Street<br>25th Floor<br>San Francisco, CA 94105<br>Tel: (415) 616-1114<br>Email: Daniel.Laguardia@Shearman.com |
| | | *Counsel for Clearway Energy, Inc., Clearway Energy Group LLC, MC Shiloh IV Holdings LLC, NRG Energy, Inc., and TerraForm Power, Inc.* |