**Entered on Docket
September 17, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 17 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: PG&E CORPORATION; PACIFIC GAS & ELECTRIC COMPANY,<br><br>            Debtors.<br>_____<br><br>PACIFIC GAS & ELECTRIC COMPANY; PG&E CORPORATION,<br><br>            Plaintiffs-Respondents,<br><br>  v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>            Defendant-Petitioner. | No.   19-80089<br><br>D.C. No. 3:19-bk-30088<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| In re: PACIFIC GAS & ELECTRIC COMPANY; PG&E CORPORATION,<br><br>            Debtors.<br>-------------------------------<br><br> PACIFIC GAS & ELECTRIC COMPANY; PG&E CORPORATION,<br><br>            Plaintiffs-Respondents,<br><br>  v.<br><br>AV SOLAR RANCH 1, LLC; et al., | No.   19-80090<br><br>D.C. No. 3:19-ap-3003 |

MK-S/MOATT

> Intervenors-Petitioners,
>
> FEDERAL ENERGY REGULATORY COMMISSION,
>
> Defendant.

Before: NGUYEN and HURWITZ, Circuit Judges.

The petitions for permission to appeal pursuant to 28 U.S.C. § 158(d) are granted. Within 14 days after the date of this order, petitioners shall perfect the appeals in accordance with Federal Rule of Appellate Procedure 5(d).

Petitioners' requests to expedite briefing and oral argument are granted. A briefing schedule will be set in a separate order.